IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDI BARZYK, | : Civil No. 1:24-CV-0956 |
| Plaintiff, | : |
| v. | : |
| BENVENUTI ARTS, INC., | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of February, 2025, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss is **GRANTED**. (Doc. 13.)

2. The complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.)

3. Plaintiff may file a second amended complaint within **twenty-one (21) days** of this order.[1] If no amended complaint is filed by this date, the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, she may file a notice stating that she intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the case so that an appeal may be filed. *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).